

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00632-CR

ISRAEL CASTILLO, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 8 of Harris County.
(Tr. Ct. No. 1863072).

The cause heard today by the Court is an appeal from the judgment signed by the court below on July 2, 2013. After inspecting the record of the court below, it is the opinion of this Court that the record reveals error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 16, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Chief Justice Radack.